UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERRAH BROWN, A.K.A. KEENAN WILKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>J. GALVIN, et al.,<br><br>    Defendants. | No. 2:16-cv-2629 JAM DB P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 16, 2018, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 22). Plaintiff has filed objections to the findings and recommendations, and defendants have filed a response to those objections. (See ECF Nos. 23, 24).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

////

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued October 16, 2018 (ECF No. 22), are ADOPTED in full;

2. Defendants' motion to revoke plaintiff's in forma pauperis status (ECF No. 16) is GRANTED;

3. Within thirty days of the date of this order, plaintiff shall pay the appropriate filing fee in full. A failure to do so within the time period granted will result in a sua sponte dismissal of this action.

DATED: December 10, 2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE