UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERRAH BROWN, A.K.A. KEENAN WILKINS, | No. 2:16-cv-2629 JAM DB P |
| Plaintiff, | ORDER |
| v. | |
| J. GALVIN, et al., | |
| Defendants. | |

By an order issued December 11, 2018, plaintiff's in forma pauperis status was revoked pursuant to 28 U.S.C. § 1915(g), and he was ordered to pay the filing fee within thirty days in order to continue to proceed with this action. (See ECF No. 25 at 2). At that time, plaintiff was cautioned that failure to do so would result in the sua sponte dismissal of this action. The thirty-day period has now expired, and plaintiff has not responded to the court's order, nor has he paid the filing fee.

In accordance with the above, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

DATED: February 7, 2019

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

1